## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DANIELLE WELLS,<br><br>       Plaintiff,<br><br>v.<br><br>NATIONAL CHECK AFFILIATES, LLC, RICHARD W. CERONNE d/b/a CHECK & CREDIT REPORTING, INC., TERRY REID, ANTHONY TYLER and REBECCA PEARCE,<br><br>       Defendants. | Case No. 1:14-cv-01040-RHB<br><br>Hon. Robert Holmes Bell |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Danielle Wells, through her attorney of record, files this Notice of Dismissal, with no defendant having served either an answer or a motion for summary judgment.

This action is dismissed with prejudice as to all defendants.

Dated: December 19, 2014

/s/ Kristen L. Krol
Kristen L. Krol (P55103)
Law Office of Kristen L. Krol, PLC
Attorney for Plaintiff
4710 W. Saginaw Highway, Suite 7
Lansing, Michigan 48917-2654
517-321-6804 ♦ debtrlc@drlc.com